# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

ZORRI N. RUSH                                                                                    PLAINTIFFS

v.                                                                CIVIL ACTION NO.: 1:18CV184-SA-RP

MOUNTAIN LAUREL ASSURANCE COMPANY                                               DEFENDANT

## ORDER DENYING MOTION FOR ECF FILING

Plaintiff seeks permission to email documents to the clerk's office for filing in the absence of permission to ECF filing access. Docket 11. Plaintiff asserts that "[t]here is no rule that would prohibit the practice of scanning documents as attachments to emails. This has been left up to each judge to decide in each case." *Id.* He asserts that the requested relief expedites filing and provides efficiency in documentation. *Id.*

The Administrative Procedures for Electronic Case Filing control who may participate in electronic filing. Section 1(B) of the Administrative Procedures dictates that:

> The system permits attorneys to file documents with the court from any location over the Internet. While all parties, including those proceeding pro se, may register with PACER to receive "read only" accounts, **only registered attorneys, as officers of the court, are permitted to file electronically.** Pro Se (Non-Prisoner) parties may consent to receive documents electronically. [Form 6].

Allowing parties to receive documents electronically sufficiently provides for timely receipt by the plaintiff. Nothing about plaintiff's case requires that the court's practice of receiving filings only via USPS mail be altered. Therefore, plaintiff's motion to allow for electronic filing with clerk's office (Docket 11) is DENIED.

Plaintiff has also filed a document entitled Motion for Time Sensitive Rulings. Docket

10. As is the court's practice, all motions are ruled upon in a timely manner and in the interest of justice. Therefore, plaintiff's motion is DENIED AS MOOT.

Last, plaintiff has filed a pleading entitled "Pre-trial Motion to Enter New Evidence." Docket 7. Attached to the motion are seven documents concerning automobile insurance. These documents have been placed on the docket. As such, the motion is DENIED AS MOOT.

This, the 10th day of October, 2018.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE